473 A.2d 696

Commonwealth v. Rider, Appellant.

 Submitted October 24, 1983. Daniel McGee, Public Defender, for appellant; Ray Frank Gricar, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and HOFFMAN, JJ.

Affirmed.